UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARRY O' CONNOR,<br> Plaintiff,<br><br>v.<br><br>UNIVERSITY OF RHODE ISLAND,<br> Defendant. | C.A. No. 21-cv-00343-MSM-PAS |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 1/30/2024

 Enter:

 /s/ Carrie L. Potter
 Deputy Clerk

Dated: 1/30/2024